UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| DANA DENISE COX,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>*Acting Commissioner of Social Security,*<br><br>    Defendant. | Civil Action No. 5:21-CV-42 |

## ORDER

THIS CAUSE is before the Court upon the unopposed motion of Defendant to remand this case to the Acting Commissioner of Social Security (Commissioner) for further action under sentence four of 42 U.S.C. § 405(g). Upon consideration of the motion, and the grounds urged in support thereof, it is

**ORDERED and ADJUDGED** that the decision of the Commissioner is hereby reversed under sentence four of 42 U.S.C. § 405(g), and this case is hereby remanded to the Commissioner. On remand by the Court, the Appeals Council will forward the case to an Administrative Law Judge ("ALJ"), who will be instructed to: 1) update the medical record; 2) assess Plaintiff's residual functional capacity ("RFC") based on the updated record and account for the limitations supported by the record; and 3) hold a supplemental hearing and obtain supplemental evidence from a vocational expert in compliance with agency policy and Social Security Rulings 83-14 and 00-4p.  The Clerk of the Court is hereby directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED** this 3 day of Jan, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA